RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/1/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | |
|---|---|
| KAYLA MARIE BROOKS | CIVIL ACTION NO. 08-1933 |
| VERSUS | JUDGE HAIK |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and plaintiff is awarded disability benefits in accordance with a disability onset date of January 14, 2006.

Lafayette, Louisiana, this ____ day of March, 2010.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE